**T. Barrett Smith, appellee, v. John Rodgers and Harry Harris, trading as Harris & Rodgers, appellants. Gen. No. 27,680.**

Action to recover for false representations made to plaintiff in the sale of an automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922.

Freundlich & Froehlich, for appellants. Felsenthal, Struckmann & Berger, for appellee; George W. Struckmann, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

**Charles Sorge et al., appellees, v. John E. Tillotson, appellant. Gen. No. 27,692.**

Suit for the surrender and cancellation of a lease as a cloud on the title of complainant and for the surrender of the premises. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922.

Charles L. Cohns, for appellant. Newton R. Gilmore and Daniel Webster, for appellees.

Mr. Justice Morrill delivered the opinion of the court.

---

**Alexander Hamilton, appellee, v. Fred W. Upham, appellant. Gen. No. 27,705.**

Action for personal injuries received by plaintiff while working on a lumber pile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of facts. Opinion filed November 8, 1922.

Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Edward D. Pomeroy and Henry T. Martin, for appellee.

Mr. Justice Morrill delivered the opinion of the court.